TWELFTH COURT OF APPEALS
CATHY LUSK
FEB. 17, 2015

RE: HENRY MARCUS SWINNEY
VS.
THE STATE OF TEXAS

CASE NO. 12-14-00142-CR
TRIAL NO. 114-1350-13



FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DEAR MADAM:

I would like to Appologize to the Court for my tardiness filing my motion for time extension. I was unaware that I needed to provide a certificate of service and provide Mr Michael West with copies of all matters filed to the court. In an attempt to do things by the book, I am re-submitting my motion for time, sending all the aproprecte paper work this time. I ask the court to excusse my error from lack of knoledge of proper precedgure of court Affairs.

Farthermore, In refference to the Jails Law Library, the hour and forty five minutes I have been allowed to visit it, are in-sufficent to my needs. THANK YOU FOR YOUR TIME.

Very Truely Yours,

Henry M. Swinney
206 E. ELM STREET
Tyler Tx 75702

Henry Swinney
#1935892
1385 FM 3328
J. F. Gurney
Palestine, TX 75803

NO. 12-14-00142-CR

STATE OF TEXAS
VS.
HENRY SWINNEY

IN THE COURT OF APPEALS
12TH JUDICAL DISTRICT
TYLER, TEXAS

## MOTION FOR EXTENSION OF TIME

FILED IN COURT OF APPEALS
Twelfth Court of Appeals District
FEB 2 6 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

TO THE HONORABLE JUDGE OF SAID COURT:

HERE COMES NOW, HENRY SWINNEY, APPELLANT IN THE ABOVE ENTITLED AND NUMBERED CASE, AND AM REQUESTING AN EXTENSION OF TIME. TO RECALCULATE AND ADD AN ADDISIONAL 45 DAYS TO THE CURRENT DEADLINE, TO FILE THE APPELLANTS PRO SE BRIEF. PLEASE FILE THIS MOTION, AND BRING TO THE ATTENTION OF THE COURT.

RESPECTFULLY SUBMITTED,

Henry M. Swinney

HENRY M. SWINNEY
206 EAST ELM STREET
TYLER TEXAS 75702

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, at the addresses listed below on this the _17th_ day of _February_, 2015 by hand delivery or regular mail or the State of Texas electronic filing system.

Henry Swinney

Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702